U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -6 PM 4: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STANLEY R. WALDRON | CIVIL ACTION |
| VERSUS | NO. 03-1022 |
| BURL CAIN, ET AL | SECTION "N"(6) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on November 19, 2003, April 28, 2004, and May 18, 2004, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of September, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee ____
___ Process ____
_X_ Dktd ____
___ CtRmDep ____
___ Doc. No. ____